

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2015

No. 04-15-00289-CR

Rodney Joe **GARRETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3151
Honorable Steve Hilbig, Judge Presiding

## O R D E R

On May 11, 2015, the trial court appointed Michael Young, Bexar County Chief Public Defender, to represent appellant in this appeal. On May 21, 2015, Assistant Public Defender Richard Dulany Jr. filed a notice of entry of appearance as lead counsel. On October 2, 2015, Mr. Dulany filed a motion to withdraw as counsel in this appeal, stating he is no longer employed by the Bexar County Public Defender's Officer. **Mr. Dulany's motion to withdraw as counsel is GRANTED.**

On September 21, 2015, Mr. Young filed a motion for extension of time to file appellant's brief which was granted by this court. On October 5, 2015, Assistant Public Defender Michael D. Robbins filed a notice of designation of new lead counsel. In accordance with this court's previous order granting an extension of time to file appellant's brief, **appellant's brief is due November 9, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court